△ ∴ Birth Marks
○

Robert James Swint,
   Plaintiffa,
v.

COMPLAINT

Civil Act: 1:21-CV-00531-CL

Oregon State Mental Hospital, State of Conneticut, Oregon State Penitentiary, State of Missouri, Department of Justice, United States, State of Oregon, Federal Bureau of Investigations, State of Washington, Central Intelligence Agency, State of New York, National Security Agency, State of California, National Stroke Association, International Paper, 62 Billion, Intellectual Property, Bush Roanoke, Masonite, Lord Baltimore, Zanders, Champion, Hammerline, BeeLine, State of Idaho, State of Iowa, State of Arizona, State of New Mexico, Coffee Creek Correctional Facility, Clatsop County Jail, Columbia County Jail, Cowlitz County Jail, New York Times, LA Times, UPi News, White Star line, State of Maine, State of Colorado, State of Nevada, A.M.'s Best, Amtraks, Almanac, WAlmart, State of Arizona, State of Montana, UPS, 7-UP, fedx, xpedx, spacex, xbox, State of North Dakota, State of South Dakota,

State of Nebraska, State of Utah, State of Wyoming, State of Oklahoma, State of texas, Department of Corrections, S.W.I.F.T., SwiftNet, Swift, twins Swint tower, State of louisiana, UPJohn, John Pedesta, Wikimedia, Wikipedia, Wikilists, Wikileaks, Wiggy, State of New York,
  Defendants,

## JURISDICTION

At all times did all of the defendants act under Color 1331 1621 1716, And so on USC 28, Since I'm in Jerusalem, ore lets Proceed at the Medford District

## PlAINTIFF

Robert James Swint, 2600 Center St, NE, Salem, OR was planned since the signing of this country to lead in the dismantling of the World.

## Defendants

They Know Who They are

## Facts.

Upon Arriving at the Oregon State Mental Institution I noticed the same Red bird my mom had on the wall as she had in her possession, 5 Swints died here, hence lil Wayne that trump Pardoned, little Bruce Wayne whose Entire family not only founded the Oregon Mental Hospital but was

Slaughter. Since Oregon got possession of 3 ad 4 days later in 1851 they legalized Morder in there legislature, Starting the Oregon State territory Prison And the Necktie parties, April 18, 1851 My birthday and look 85 in the fence like the Raid on the 62 billion club on 1-6-21 for Authorizing the Farmers Bill of 1963 with 6.2 Billion Authorization to raise And morder vegetables, I'm not one of them. They from the Start Forced Anti-phycotics Zyprexa, And Latuda And Anti-seizure meds for being a Jerk And aggitation, then threatened me when I said no. Look there unaware of Robert S. Mueller who on Sept 4th, 7 days to 11th (18), flights 77 Ad 11 (88) was Appointed lead dir of

FBI, that was Age 13, 3) was the release of the Investigation, on Again April 18 2019 by the department of Justice, The Evidence is under intentional Papers history page And that 2000 deal with Bush Roanoke set for New York at end of 2001, then in LA Times And New York Times. April 26, 2000 International Paper offers 6.2 Billion for Champion, the same Day World Intellectual Property was declared by the World IP treaty And honored by the US in 2008 when Bush left. UPI News Reported World Pop set for 6.2 Billion for 2000 on Dec 21 1986, When International Paper bought the Lammer sire, chernobyl April 26, 1986, Face Book, So here I am I want my $ And Keys, Home, Safety And Family & Friends.

RELEIF

I want compensation For in the Amount of 6.2 Billion as promised
I wont 8.8 Authorization only Clearance for Anything
I want 3.2 Trillion emergency Clearance with 39 trillion budget
I WANT MY Identity Back And this is the Cover for the Real ID Act, And DOCS IV, Lets start the movie And let the games begin.

Verification
Under stand that Penalty of PeRJURy True And correct

RJS (Dated 2-22-21) Robert James Swint
2600 Center St, NE
Salem, OR 97301



Oregon Health Authority
Robert Swint
OREGON STATE HOSPITAL
2600 Center St NE
Salem, OR 97301-2682

OREGON STATE HOSPITAL

SCREENED

PORTLAND OR 972
6 APR 2021 PM 6 L

James A Redden
227 United States Court House
310 West 6th Street
Medford, OR 97501

97501-279951