FILED 19 APR '21 10:49 USDC-OR

4-18-21 to 7-6

PU
1-6-21

OV
1-5-22

UNITED STATES DISTRICT COURT
Portland CENTRAL DISTRICT OF ~~CALIFORNIA~~ Oregon

Robert James Swint
PRISONER/PLAINTIFF,

v.

Oregon State Mental Hospital et al
DEFENDANT(S).

CASE NUMBER (1:21-CV-00531-CL)
1.21-00531

REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES WITH
DECLARATION IN SUPPORT
In Forma Pauperis

I, Robert James Swint, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No   NOT Incarserated
   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:
   NOT AN INMATE OR Incarserated
   b. State the place of your incarceration   N/A
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?              ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
   d. Gifts or inheritances?                             ☐Yes ☒No
   e. Any other income (other than listed above)?        ☒Yes ☐No
   f. Loans?                                             ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: 6 Months ago I was getting 150 a month from General Assistance, Am no longer

---
REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT
CV-60P (04/06)                                                                              Page 1 of 3

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   N/A nothing to my name

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state it approximate value: Nothing

5. In what year did you last file an Income Tax Return? 2019
   Approximately how much income did your last tax return reflect? $400

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   N/A

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

Oregon
State

Salem
County (or City)

I, Robert Swint, declare under penalty of perjury that the foregoing is true and correct.

4-15-21
Date

[Signature]
Prisoner/Plaintiff (Signature)