IN THE UNITED STATES OF AMERICA
ORGANIZED CRIME/HEALTH RING
PORTLAND DIVISION

Robert James Swint,
     Plaintiff,
Alias: Samuel B Roberts
    vs.

Oregon State Mental Hospital,
    et al

1st
Declaration
  of
Robert Swint
Civil Action:
1:21-cv-00531

## Declaration

Plaintiff in the above named case, head of organized crime itself, and Health, yes alt-H, wishes to named Mr John Swinton, Mr Kindegarten 1856, Sept 11th the theories of the World New York Times, am filing a Proof of Service serviced on April 18, 2021, mailed to there records department with the following Message attached along with the 28 1476 1621 Paperis Papers request.

"Dear Medical, My name is not ottis. However it is Robert Swint, I am writing you today, April 18, for two puposes. One is to serve you with your notice And copies of the lawsuit against you for pre-meditated murder, Clifford the "Big Red" dog, the "Big Pizza Company", Yes this place is

Officially under investigation ever since they sent the mule in, his name is M-U-E-L. Ya Dir F, I'm going to refer to the receiving party as "OSH" ORS, Records Department, they were sent copies of the suite, summons, receipt for 1621 by the culprit, United States, named herewithin, ran by Oregon Health Authority, WHO is still un-named, hence 268 for the 3 digit authorization code sent via USDC mail in a seperate case New Jersey, Bush Boake Allen, Tennessee, T.V. Authority, Los Angeles, well as you can guess LAPD case 2707, 606, Sorry D.O.R, Washington's Samuel B Roberts, Texas Van-Guards, Connecticut's Champion Factory who orchestrated 94, the Real ID Act, Manhatten's 4, And Many more cases as part of the Rico Act, And Any defendant who participated or was directly or indirectly involved is at fault including the Department of Justice, United States of America, And Even Robert Mueller himself who slipped thru the cracks because he forgot to investigate his own involvement orchestrating the

Entire thing from the beginning
So when it came time to conclude
after years of supeanas arrests
And everything else, the People deserve
to know the truth,

## YOU ARE STUPID.

Mother Fucker investigates his own crime, A Masterpeice, And concludes Everyone but him And his Best Friend did it, The President of the United States, WHO claimed the game was over on my birthday

NOT TRUE OR correct
NOT Declaring Perjury

RST

4-18-21

Robert Swint
2600 Center St, NE
Salem, OR 97301-268