IN THE UNITED STATES OF AMERICA
DISTRICT OF AMERICAS OREGONIZED CRIME/HEALTH
PORTLAND DIVISION

Robert James Swint,
   Plaintiffs,

vs.

Oregon State Mental Hospital,
   et al,
   Defendant(s),

SUMMONS

Civil Action: 1.21-cv-00531

Plaintiff, Robert James Swint, hereby serves the Oregon State Mental Hospital with a Summons for the Above named case Civil Action 1:21-cv-00531-CL Swint vs Hospital, on or about April 17th, 2021, possibly the 18th like D-R-U And maybe 419 like G's, which is 719 Eastern 419 Pacific time, so 4-18-21 to 419 (719 East Coast)...

Q- RJS

Robert James Swint
2600 Center St, NE
Salem, Oregon 97301-268

TRUE And Correct
under declaration
of peRJuRy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Oregon State Mental Hospital
was received by me on *(date)* 4-19-21

☒ I personally served the summons on the individual at *(place)* Oregon State MHHM
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Records Department, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Mailed to records department because I litterly served 15 staff members And they all refused a legal summons after being served

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-18-21

Server's signature

Robert James Swint

#6 FBI
#18 CDC
DEA
Atlanta & Chicago
CIA

Printed name and title Robert S. Mueller
Robert R. Redfeild
Robert J Ball + Robert J Murphy
e.I.Trus Mistr. ESS

Server's address

Additional information regarding attempted service, etc:
Currently serving a 37-0 order (161 Patriot Act) on a .73-2% Stalking charge, Indicted UP reversed PU 1-6-21 And I expire on OV, C-OV-ID, 1-5-22, UW rays, filed writ of (habeus corpus/certiorari) — (mueller/redfeild)