UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ROBERT JAMES SWINT,

    Plaintiff,

v.

OREGON STATE HOSPITAL et al.,

    Defendants.

_____

Case No. 1:21-cv-00531-CL

ORDER OF DISMISSAL

AIKEN, District Judge.

    Plaintiff, appearing pro se, files suit in this Court and applies for leave to proceed in forma pauperis (IFP). Plaintiff's application shows that he is unable to afford prepayment of the fees for this action. However, plaintiff's Complaint fails to state a viable claim and it is dismissed.

    Federal law authorizes federal courts to review cases filed in forma pauperis to determine if a claim is "frivolous or malicious" or "fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B). Plaintiff's allegations are difficult to understand, and the Court is unable to discern an actual claim against any of the named defendants for any specific conduct.

- 1 -   ORDER OF DISMISSAL

Dismissal is appropriate because plaintiff's claims describe "fantastic or delusional scenarios," and any amendment would be futile. *Neitzke v. Williams*, 490 U.S. 319, 328 (1989).

Accordingly, plaintiff's Application for Leave to Proceed IFP (ECF No. 3) is GRANTED. However, plaintiff fails to state a viable claim for relief and amendment would be futile. Accordingly, this action is DISMISSED.

DATED this 22nd day of April, 2021.

/s/Ann Aiken
Ann Aiken
United States District Judge

- 2 -   ORDER OF DISMISSAL