IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT JAMES SWINT,<br><br>Plaintiff,<br><br>v.<br><br>OREGON STATE HOSPITAL, et al.,<br><br>Defendants. | Civ. No. 1:21-cv-00531-CL<br><br>JUDGMENT |

This action is DISMISSED.

DATED: 4/22/2021

Mary L. Moran, Clerk

By    /s/ Cathy Kramer
         Deputy Clerk

1 –JUDGMENT