IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

FILED 27 APR '21 10:37 USDC-ORP

Robert James Swint,
 Plaintiff,

vs.

Oregon State Mental Hospital, et al,
 Defendants

WEN WORLD ORDER 4 NA A Plelemonary Injection

Civil Action:
1,21-cv-00531-CL

PRelemonary Injection

Plaintiff Robert Swint asks the court to order An injection for NA And Roberts Wen world order. Declaring a Shift in Power, P-R-is-on, 16-18th of April, 2021, And Declaring the War on D-R-U to G's, thats 4-18-21 to 7 six. The Royal Wedding having got authorization after Facing Boate, obteining the boa's key And All in for the Alien. The Fee, 6 55, Robert James Swint.

RJS   Robert Swint 2600 Center St, NE, Salem, OR 97301-268