IN THE UNDER OF AMERICA OF STATES
DISTRICT OF OREGON
Portland Division

FILED 27 APR '21 10:40 USDC-ORP

Robert James Swint,
   Plaintiff(u),

VS.

Oregon State Mental Hospital,
   et al, (list)
   Defendants,

AMENDMENT 1
OF SENTANCE
ORDER & INTRO-
DUCKTION OF
Exhibits A, B, C, + D

Civil Action:
1:21-CV-00531-CL
ECA huh?

## AMENDMENT 1 +
### INTRODUCTION OF Exhibits ABCD

Plaintiff Robert James Swint, Whishes to file An amendment to this case, I'd like to add Staff Member Chuck Pea as a defendant from the Oregon State Mental Hospital, And Refer to evidence of Collusion on the Capital riot, see 161 (Exhibit A) (Patriot Act) And 1621 on the receipt from San Fran (Exhibit D) Appeals, or 1/6/21 on indictment for stall sing. Or 268 from tennessee valley for those other two flights on 9/11, 268 + 88, LAPD or (Exhibit C) I HAVE (Exhibit B) Thousands of other peices of Evidence to introduce. Last Amendedment, Alleging Pre-Meditated Murder, Unlawful Imprisonment. RJS  Robert James Swint 4-24-21   2600 Center St Salem, oregon 97301-268

The Plaintiff Requests that if you dont file these or Improperly filled out Please Return the mistakes so Recorrection instead of throwing Away (illegal)

Exhibit A

21CR00693

RECEIVED BY: BG
DATE: 1/15/21

CHARGE: mcaa  DATE 1-13-21
LODGE DATE:
EXP DATE: 1/5/22  BY

FILED
STATE OF OREGON
COLUMBIA COUNTY COURTS
TRIAL COURT ADMINISTRATOR

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF COLUMBIA

| | |
|---|---|
| STATE OF OREGON<br>    Plaintiff,<br>v.<br>ROBERT JAMES SWINT<br>    Defendant.<br><br>DOB: 04/18/1988<br>SID: OR17279802 | CASE NO: 21CR00693<br><br>DA NO: _____<br><br>**ORDER** FINDING THE DEFENDANT UNABLE TO AID AND ASSIST AND ORDER TO **TRANSPORT IN CUSTODY DEFENDANT** TO THE OREGON STATE HOSPITAL FOR TREATMENT<br>**(ORS 161.370)** |

This matter came before the Court on _January 13, 2021_ for a determination of the defendant's fitness to proceed pursuant to ORS 161.370.

The defendant appeared in custody, with counsel Jennifer L. Myrick OSB #174210 and the State appeared through _Denise Kepperien_, OSB # _033546_

The Court finds that defendant is charged with the following offenses (listed in order of seriousness by crime classification):

| Crime Name: | Crime ORS#: | Felony/Misd/Viol: | Maximum Sentence: | Booking Date: |
|---|---|---|---|---|
| 1. Stalking | 163.732(2)(a). | Class A Misdemeanor | 364 Days | 1/6/2021 |
| 2. Stalking | 163.732(2)(a). | Class A Misdemeanor | 364 Days | 1/6/2021 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

Page 1 of 5- (7/19)   Original to: Court / Copies to: Jail/OSH/Defendant/Defense Attorney/District Attorney/Judge

CASENO:   2:21cv02194
DOCUMENT: 4

Robert Swint
c/o Oregon State Hospital
2600 Center St. NE
Salem, OR 97301-268

ELECTRONIC FILING AND NOTIFICATION ARE NOW MANDATORY IN
THE WESTERN DISTRICT OF TENNESSEE. PLEASE VISIT
http://www.tnwd.uscourts.gov/ FOR INFORMATION ON SIGNING
UP FOR ELECTRONIC FILING AND NOTIFICATION.

Exhibit C

Case: 2:21cv2707   Doc: 4

Robert James Swint
Oregon State Hospital
2600 Center St., NE
Salem, OR 97301-2682

*Exhibit D*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** [ ]

**Case Name** [ ]

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** [ ]   **Date** [ ]

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. *(attach additional pages if necessary)*

[ ]

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*