IN THE UNITED STATES OF AMERICA
DISTRICT OF ORDEGON
PORTLAND DIVISION

Robert James Swint,
Plaintiff,

-against-

Oregon State Mental Hospital,
ET AL, Defendants,
MC
MC   ORDER

FILED 12 MAY '21 10:19 USDC-ORP

NOTICE OF APPEAL

Civil Action:
1:21-cv-00531-CL

NOTICE OF APPEAL

The Above All Plaintiff, MR Robert J Swint, in the Above titled case ECA, for ACE, on his RICO Case linking H and M headquarters... Wishes to file For An Appeal And Mail out copies to All Defendants And Plaintiff, NOA.

RSS   Robert Swint 2600 Center St, NE Salem, OR 97301