

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

May 14, 2021

| | |
|---|---|
| No.: | 21-35375 |
| D.C. No.: | 1:21-cv-00531-CL |
| Short Title: | Robert Swint v. Oregon State Hospital, et al |

Dear Appellant

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 14 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT JAMES SWINT, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> OREGON STATE HOSPITAL; STATE OF CONNECTICUT; OREGON STATE PENITENTIARY; STATE OF MISSOURI; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES OF AMERICA; STATE OF OREGON; FEDERAL BUREAU OF INVESTIGATION; STATE OF WASHINGTON; CENTRAL INTELLIGENCE AGENCY; STATE OF NEW YORK; NATIONAL SECURITY AGENCY; STATE OF CALIFORNIA; NATIONAL STROKE ASSOCIATION; INTERNATIONAL PAPER; 62 BILLION; INTELLECTUAL PROPERTY OFFICE; BUSH ROANOKE; ZANDERS; CHAMPION; HAMMERLINE; BEELINE; STATE OF IDAHO; STATE OF IOWA; STATE OF ARIZONA; STATE OF NEW MEXICO; COFFEE CREEK CORRECTIONAL FACILITY; CLATSOP COUNTY JAIL; COLUMBIA COUNTY JAIL; | No. 21-35375 <br><br> D.C. No. 1:21-cv-00531-CL <br> U.S. District Court for Oregon, Medford <br><br> **TIME SCHEDULE ORDER** |

COWLITZ COUNTY JAIL; NEW YORK TIMES; LOS ANGELES TIMES; UPI NEWS; WHITE STAR LINE; STATE OF MAINE; STATE OF COLORADO; STATE OF NEVADA; AM BEST; AMTRAK; ALMANAC; WALMART; STATE OF MONTANA; UNITED PARCEL SERVICE COMPANY; 7UP/RC BOTTLING COMPANY; FEDEX CORPORATION; XPEDX; SPACE EXPLORATION TECHNOLOGIES CORP.; XBOX; STATE OF NORTH DAKOTA; STATE OF SOUTH DAKOTA; STATE OF NEBRASKA; STATE OF UTAH; STATE OF WYOMING; STATE OF OKLAHOMA; STATE OF TEXAS; DEPARTMENT OF CORRECTIONS; S.W.I.F.T.; SWIFTNET; TWINS SWINT TOWER; STATE OF LOUISIANA; UP JOHN; JOHN PEDESTA; WIKIMEDIA FOUNDATION; WIKIPEDIA; WIKILISTS; WIKILEAKS; WIGGY; STATE OF NEW YORK; MASONITE; LORD BALTIMORE,

          Defendants - Appellees.

The parties shall meet the following time schedule.

**Mon., July 12, 2021**      Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

**Appellants without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a).**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Poblete Dela Cruz
Deputy Clerk
Ninth Circuit Rule 27-7